UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL SHARMA,<br><br>                                      Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Center, et al.,<br><br>                                     Respondents. | Case No.: 3:26-cv-00050-CAB-SBC<br><br>**ORDER:**<br>**(1) REQUIRING A BOND HEARING [Doc. No. 1]; and**<br><br>**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER [Doc. No. 2].** |

      Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and a motion for a temporary restraining order, [Doc. No. 2 ("TRO")], both filed by Petitioner Rahul Sharma. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a) and the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). [Petition at 20; Doc. No. 6 at 2.]

      Respondents' return to the Petition "acknowledge(s) that, in accordance with *Bautista*, Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 5

1  at 3.]  Petitioner states that this acknowledgement "resolves the core statutory dispute
2  raised in the Petition." [Doc. No. 6 at 2.]
3       The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond
4  hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated
5  regulations by **January 30, 2026**.  Respondents are further **ORDERED** to update this
6  Court on the status of Petitioner's bond hearing by **February 2, 2026**.  The Court **DENIES**
7  the motion for TRO as moot. [Doc. No. 2.]
8       It is **SO ORDERED**.
9  Dated: January 23, 2026

Hon. Cathy Ann Bencivengo
United States District Judge