UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL SHARMA,<br><br>                Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden of the Imperial Regional Detention Center, et al.,<br><br>                Respondents. | Case No.: 3:26-cv-00050-CAB-SBC<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS** |

This Court previously ordered Respondents to provide Petitioner a bond hearing. [Doc. No. 7.] Petitioner received a bond hearing on January 29, 2026; the Immigration Judge denied bond finding Petitioner posed a flight risk "and no amount of bond will mitigate the risk." [Doc. No. 8-1 at 1.] Petitioner has filed no objection to the outcome of the bond hearing.[1]

---

[1] Even if Petitioner had, the Ninth Circuit has explained that pursuing habeas review of an immigration judge's adverse bond determination before appealing to the BIA is "improper" and Petitioner should "exhaust[] administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

    According to Petitioner, Respondents' prior concession that Petitioner was entitled to a bond hearing under 8 U.S.C. § 1226(a) "resolves the core dispute presented in the Petition." [Doc. No. 6 at 2.]  The Court therefore **DISMISSES** the Petition with prejudice. <u>The Clerk of the Court shall close the case.</u>

    It is **SO ORDERED**.

Dated: February 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge